FILED
2007 OCT 12 AM 11 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Marcos BANDERAS-Rodriguez,

    Defendant

Magistrate Docket No.

**'07 MJ 2441**

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **October 11, 2007** within the Southern District of California, defendant, **Marcos BANDERAS-Rodriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12th** DAY OF **OCTOBER 2007**

Leo. S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Marcos BANDERAS-Rodriguez

## PROBABLE CAUSE STATEMENT

On October 11, 2007, at approximately 9:50 A.M, Border Patrol Agent M. Gomez was performing line watch operations near Campo, California. Agent Gomez was advised of a seismic intrusion device activation by Sector Dispatch near an area commonly known as "Zuellners." This area is approximately seven miles east and two miles north of the Tecate, California Port of Entry. Upon arriving in the area, Agent Gomez encountered six individuals, including one later identified as the defendant **Marco BANDERAS-Rodriguez**, hiding in the brush. Agent Gomez identified himself as a Border Patrol Agent and questioned each of the individuals as to their immigration status. All six subjects, including the defendant, freely admitted to being citizens and nationals of Mexico. Agent Gomez took all six subject, including the defendant, into custody and transported them to the Tecate, California processing center for record checks.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 2, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and agreed to speak without the presence of an attorney. The defendant stated that he is a citizen and national of Mexico. He admitted that he does not have, and has never had any immigration documents entitling him to enter or remain in the United States legally. Further, the defendant stated that he knew he was making an illegal entry and has neither received nor applied for permission to re-enter into the United States after being removed.