**ZANDRA L. LOPEZ**
California State Bar No. 216567
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: holly_sullivan@fd.org

Attorneys for Mr. Rosales-Zamora

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2452 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| HORACIO BUENAVENTURA ROSALES-ZAMORA, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance in the above-captioned case.

Respectfully submitted,

Dated: October 17, 2007      /s/ ZANDRA L. LOPEZ
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: October 17, 2007            /s/ ZANDRA L. LOPEZ
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA  92101-5030
                                   (619) 234-8467  (tel)
                                   (619) 687-2666  (fax)
                                   Zandra_Lopez@fd.org (email)