NOV 1 5 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3111-JAH |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) |
| | ) | and (b) - Deported Alien Found |
| MARCOS BANDERAS-RODRIGUEZ, | ) | in the United States |
| | ) | (Felony) |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about October 11, 2007, within the Southern District of California, defendant MARCOS BANDERAS-RODRIGUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

DDL:rp:San Diego
10/29/2007

1    It is further alleged that defendant MARCOS BANDERAS-RODRIGUEZ

2  was removed from the United States subsequent to May 10, 2004.

3    DATED:    11/15/07                .

4                                    KAREN P. HEWITT
                                     United States Attorney
5

6                                    J Moore for

7                                    DAVID D. LESHNER
                                     Assistant U.S. Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28