AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARCOS BANDERAS-RODRIGUEZ

WAIVER OF INDICTMENT

CASE NUMBER: 07CR 3111-JAH

I, MARCOS BANDERAS-RODRIGUEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Nov. 15, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Marcos Banderas*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER