1  **ZANDRA L. LOPEZ**
   California State Bar No. 216567
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: zandra_lopez@fd.org

5  Attorneys for Horacio Buenaventura Rosales-Zamora

<br>

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR03111-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| **HORACIO BUENAVENTURA ROSALES-ZAMORA** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:    November 21, 2007         */s/ Zandra L. Lopez*
                                    **ZANDRA L. LOPEZ**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Banderas-Rodriguez