**ZANDRA L. LOPEZ**
California State Bar No. 216567
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: zandra_lopez@fd.org

Attorneys for Marcos Banderas-Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR03111-JAH |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE CHANGE OF PLEA DATE** |
| **MARCOS BANDERAS-RODRIGUEZ**, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that, for good cause, the change of plea date in the above-captioned case be continued from November 27, 2007 to **Thursday, December 6, 2007, at 9:30 a.m.**

**IT IS SO STIPULATED.**

DATED:   November 21, 2007            */s/ Zandra L. Lopez*
                                      **ZANDRA L. LOPEZ**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Banderas-Rodriguez

DATED:   November 21, 2007            */s/ David Leshner*
                                      **DAVID LESHNER**
                                      Assistant United States Attorney