**ZANDRA L. LOPEZ**
California State Bar No. 216567
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: zandra_lopez@fd.org

Attorneys for Marcos Banderas-Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR03111-JAH |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| **MARCOS BANDERAS-RODRIGUEZ**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:    November 21, 2007          */s/ Zandra L. Lopez*
                                     **ZANDRA L. LOPEZ**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Mr. Banderas-Rodriguez