```
FILED
2007 NOV 26  AM 10: 53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR03111-JAH |
| Plaintiff, | |
| v. | ORDER CONTINUING CHANGE OF PLEA DATE |
| MARCOS BANDERAS-RODRIGUEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that, for good cause, the change of plea date in the above-captioned case be continued from November 27, 2007 to **Thursday, December 6, 2007, at 9:30 a.m.**

IT IS SO ORDERED.

DATED: 11/26/07

HONORABLE WILLIAM McCURINE
United States Magistrate Judge